IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICK A. ATKINS<br>Plaintiff, | § <br> § <br> § | |
| | § | |
| V. | § <br> § | CIVIL ACTION NO. _____ |
| | § | |
| DAYBREAK VENTURE, LLC,<br>DAYBREAK PARTNERS, LLC,<br>DAYBREAK HEALTHCARE, INC.,<br>DAYBREAK THERAPY, LLC,<br>KEENELAND NURSING AND<br>REHABILITATION, LP, MARINE<br>CREEK NURSING AND<br>REHABILITATION, LP,<br>WELLINGTON OAKS NURSING AND<br>REHABILITATION, LP, LAKE LODGE<br>NURSING AND REHABILITATION,<br>LP, TRINITY NURSING AND<br>REHABILITATION OF GRANBURY,<br>LP, BROWNWOOD NURSING AND<br>REHABILITATION, LP, DELEON<br>NURSING AND REHABILITATION,<br>LP, HERITAGE HOUSE NURSING<br>AND REHABILITATION, LP,<br>TRINITY NURSING AND<br>REHABILITATION OF BURLESON,<br>LP, COTTONWOOD NURSING AND<br>REHABILITATION, LP,<br>COUNTRYSIDE NURSING AND<br>REHABILITATION, LP, NORTH<br>POINTE NURSING AND<br>REHABILITATION, LP, METROPLEX<br>NURSING AND REHABILITATION,<br>LP, TRINITY NURSING AND<br>REHABILITATION OF ITALY, LP,<br>GARLAND NURSING AND<br>REHABILITATION, LP, and<br>WESTRIDGE NURSING AND<br>REHABILITATION, LP.<br>Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

## TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES** RICK A. ATKINS, Plaintiff, and files this Original Complaint against DAYBREAK VENTURE, LLC, DAYBREAK PARTNERS, LLC, DAYBREAK HEALTHCARE, INC., DAYBREAK THERAPY, LLC, KEENELAND NURSING AND REHABILITATION, LP, MARINE CREEK NURSING AND REHABILITATION, LP, WELLINGTON OAKS NURSING AND REHABILITATION, LP, LAKE LODGE NURSING AND REHABILITATION, LP, TRINITY NURSING AND REHABILITATION OF GRANBURY, LP, BROWNWOOD NURSING AND REHABILITATION, LP, DELEON NURSING AND REHABILITATION, LP, HERITAGE HOUSE NURSING AND REHABILITATION, LP, TRINITY NURSING AND REHABILITATION OF BURLESON, LP, COTTONWOOD NURSING AND REHABILITATION, LP, COUNTRYSIDE NURSING AND REHABILITATION, LP, NORTH POINTE NURSING AND REHABILITATION, LP, METROPLEX NURSING AND REHABILITATION, LP, TRINITY NURSING AND REHABILITATION OF ITALY, LP, GARLAND NURSING AND REHABILITATION, LP, and WESTRIDGE NURSING AND REHABILITATION, LP., Defendants, and for cause of action shows unto the Court the following:

## I.    PARTIES

1.     Plaintiff, Rick A. Atkins, is an individual who resides at 115 Oak Ridge Terrace, Weatherford, Texas 76086.

2.     Defendant, Daybreak Venture, LLC, is a limited liability company formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Daybreak Venture, LLC may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

3.     Defendant, Daybreak Partners, LLC, is a limited liability company formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Daybreak Partners, LLC may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

4.     Defendant, Daybreak Healthcare, Inc., is a corporation formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Daybreak Healthcare, Inc. may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

5.     Defendant, Daybreak Therapy, LLC, is a limited liability company formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Daybreak Therapy, LLC may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo,

Texas 79101.

6.      Defendant, Keeneland Nursing and Rehabilitation, LP is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Keeneland Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

7.      Defendant, Marine Creek Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Marine Creek Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

8.      Defendant, Wellington Oaks Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Wellington Oaks Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

9.      Defendant, Lake Lodge Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Lodge Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

10.      Defendant, Trinity Nursing and Rehabilitation of Granbury, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Trinity Nursing and Rehabilitation of Granbury, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

11.      Defendant, Brownwood Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Brownwood Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

12.      Defendant, DeLeon Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  DeLeon Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

13.      Defendant, Heritage House Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201.  Heritage House Nursing and Rehabilitation, LP may be served with process

by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

14.     Defendant, Trinity Nursing and Rehabilitation of Burleson, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Trinity Nursing and Rehabilitation of Burleson, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

15.     Defendant, Cottonwood Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Cottonwood Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

16.     Defendant, Countryside Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Countryside Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

17.     Defendant, North Pointe Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. North Pointe Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

18.     Defendant, Metroplex Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Metroplex Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

19.     Defendant, Trinity Nursing and Rehabilitation of Italy, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Trinity Nursing and Rehabilitation of Italy, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

20.     Defendant, Garland Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St., Denton, Texas 76201. Garland Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

21.     Defendant, Westridge Nursing and Rehabilitation, LP, is a limited partnership formed and existing under the laws of the State of Texas and maintains an office at 401 N. Elm St.,

Denton, Texas 76201. Westridge Nursing and Rehabilitation, LP may be served with process by serving its registered agent for service of process, Amarillo Corporate Services, LLC, 500 S. Taylor, Suite 1100, LB219, Amarillo, Texas 79101.

## II.    JURISDICTION AND VENUE

22.    This action arises under federal law giving this Court original jurisdiction pursuant to Title 28 U.S.C. § 1337 and by Title 29 U.S.C. § 216(b). At all times relevant, Defendants (1) engaged in related business activities, *inter alia*, operating and providing services for long term care nursing facilities; (2) had a unified operation and/or were under common control, and (3) shared a common business purpose of, *inter alia*, providing long term care services for profit. Defendants form a single enterprise within the meaning of the Fair Labor Standards Act ("FLSA") Title 29 U.S.C. 29 § 201 et. seq.

23.    At all times relevant, Defendants were an employer of Plaintiff within the meaning of the FLSA Title 29 U.S.C. § 201 et. seq.

24.    At all times relevant, Defendant has been an "employer" which employed "employees" and engaged in commerce... [and] an enterprise engaged in commerce" as provided by Title 29 U.S.C. § 207 (a)(1).

25.    Defendant employed Plaintiff for workweeks wherein Plaintiff worked in excess of forty hours (40) per workweek and yet were denied compensation for such excess employment/work, in violation of Title 29 U.S.C. § 215(a)(3).

## III.    VENUE FACTS

26.    Venue is proper in the Northern District of Texas, Fort Worth Division because (a) the jurisdiction of this case is not founded upon diversity of citizenship, and (b) Defendants operate multiple long term care nursing facilities located throughout Texas. Of the twenty (20) named Defendants, fourteen (14) operate their businesses solely in the Northern District. And, of the fourteen (14) facilities that operate in the Northern District, eight (8) facilities operate solely in the Fort Worth Division, Northern District of Texas, one (1) facility operates in the San Angelo Division, Northern District of Texas, and five (5) facilities operate in the Dallas Division, Northern District of Texas.

## IV.    STATEMENT OF CLAIM

27.    Plaintiff, Rick A. Atkins, worked for Defendant from June 2012 through January 2017 as a maintenance employee.

28.    In or about February 2015, Mr. Atkins was named "Regional Maintenance Supervisory." However, the manner in which he was paid and the work performed by Plaintiff did not qualify him for the exemptions to the FLSA's overtime requirements.

29.    Defendant, however, did not pay Plaintiff for the hours he worked in excess of forty (40) hours per week.

30.    Defendants acts violate the FLSA, which prohibits the denial of overtime compensation for hours worked in excess of forty (40) per workweek.

31.    As a result of Defendant's unlawful conduct, Plaintiff is entitled to overtime compensation for which he was not paid, as well as, an additional equal amount as liquidated damages, pursuant to FLSA Title 29 U.S.C. § 216(b).

32.    Plaintiff is also entitled to out of pocket expenses and costs of court he will have incurred in this action. Plaintiff is also entitled to reasonable and necessary attorney's fees pursuant to Title 29 U.S.C. § 216(b).

33.    Plaintiff asserts that Defendant's violation of the FLSA was a willful violation and such cause of action by Plaintiff may be commenced and seek recovery for all damages within three years after the cause accrued in accordance with Title 29 U.S.C. § 255(a).

## V.    SINGLE ENTERPRISE

34.    Defendants are a single enterprise under the FLSA. As noted above, Defendants are a collection of business entities which are engaged in the activity of owning, operating, and/or providing services for approximately seventy long-term and assisted living facilities throughout Texas. The business entities share the same corporate headquarters located at 401 North Elm Street in Denton, Texas. The business entities are a unified operation/enterprise and are essentially operated by the same individuals. Among the services provided by Defendants are hospice care, skilled nursing care, respite care, long term care, physical therapy, nutritional therapy, and pharmacy services. Defendants share a common business purpose in owning, operating, and/or providing services for long-term and assisted living facilities throughout Texas. Thus, the Defendants should be held jointly and severally responsible for the damages sustained by Rick Atkins.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Rick A. Atkins, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for all damages alleged and pleaded herein; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the maximum rate allowed by law, reasonable and necessary attorney's fees and costs of court. Plaintiff further requests such other and further relief to which the Plaintiff may be entitled.

Respectfully submitted,

M & P LAW OFFICES

By:  /s/ Timothy J. Mendolia

Timothy J. Mendolia
Texas Bar No. 00791249
tjm@mandplawyers.com
Zachary Q. Pettigrew
Texas Bar No. 24071255
Email:  zp@mandplawyers.com
6900 E. Interstate 20
Aledo, Texas 76008
Tel. (817) 546-4100
Fax. (817) 546-4104
Attorney for Plaintiff
Rick A. Atkins